UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE W. HOPKINS II, an individual,<br><br>Defendant. | Case No. CV11-03899 RMW<br><br>**ORDER UPON STIPULATION TO CONTINUE THE CMC**<br><br>Date: February 10, 2010<br>Time: 10:30 a.m.<br>Ctrm: 6<br>Judge: Hon. Ronald M. Whyte |

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for February 10, 2012 at 10:30 a.m. is continued to _____, 2012 at 10:30 a.m.

Dated: _____

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge