# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE W. HOPKINS II, an individual,<br><br>Defendant. | Case No. CV11-03899 RMW<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV11-03899 RMW, is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

Dated: F gego dgt "35_____, 2012

_Ronald M. Whyte_
Hon. Ronald M. Whyte
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

126928.1

1

Case No. CV11-03899 RMW
ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE